# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0068
Lower Tribunal No. 23-CA-011011

_____

EDWARD KEMP and ROBERTA KEMP,

Appellants,

v.

HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Kyle Cohen, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

STARGEL, GANNAM and PRATT, JJ., concur.


Terrence L. Lavy, of Schmucker & Lavy Legal, North Fort Myers, for Appellants.

Joseph A. Matera and Andrew A. Labbe, of Salmon, Salmon, Labbe & Dehne, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED